UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNIE FARMER,

      Plaintiff,                             CASE NO: 19-cv-10475-LGS-DCF

v.

DARREN K. INDYKE and RICHARD D. KAHN,
in their capacities as the executors of the
ESTATE OF JEFFREY EDWARD EPSTEIN and
GHISLAINE MAXWELL,

      Defendants.

_____

**NOTICE OF PLAINTIFF'S MOTION TO APPROVE ALTERNATE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated January 27, 2020, Plaintiff Annie Farmer will move this Court for an order granting Plaintiff's Motion to Approve Alternative Service Pursuant to Federal Rule of Civil Procedure 4(e)(1) upon Defendant Ghislaine Maxwell and finding that the service efforts made by Plaintiff's counsel are sufficient to notify Defendant Maxwell of the claims against her in this matter.

| | |
|---|---|
| Dated: January 27, 2020 | Respectfully Submitted,<br><br>/s/ Joshua I. Schiller<br><br>David Boies<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br><br>Joshua I. Schiller<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 446-2300<br><br>Sigrid McCawley<br>(Pro Hac Vice)<br>BOIES SCHILLER FLEXNER LLP<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br><br>*Counsel for Plaintiff, Annie Farmer* |