

February 6, 2020

**VIA ECF**

The Honorable Judge Lorna G. Schofield
District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020

APPLICATION GRANTED.

The pre-motion conference set for February 13, 2020, at 10:40 A.M. is adjourned to March 5, 2020, at 10:40 A.M.

Dated: February 7, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** *Farmer v. Indyke, et al.*,
<u>Case No. 19-cv-10475</u>

Dear Judge Schofield:

    Pursuant to Individual Rule I.B.2, Plaintiff respectfully requests an adjournment of the pre-motion conference, <u>Dkt. 23</u>, currently scheduled for February 13, 2020, at 10:40 a.m. The undersigned is unavailable on that date, and through February 20, 2020, due to family obligations. Defendants Darren K. Indyke and Richard D. Kahn consent to this request. Defendant Ghislaine Maxwell has yet to appear. *See* <u>Dkt. 18</u>. The parties are available on February 21, and during the week of the 24th with the exception of February 27. This is Plaintiff's first request for an adjournment.

                            Sincerely,

                            */s/ Sigrid S. McCawley*

                            Sigrid S. McCawley, Esq.

cc: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com