UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNIE FARMER,

        Plaintiff,　　　　　　　　　　　　　CASE NO: 19-cv-10475-LGS-DCF

v.

DARREN K. INDYKE and RICHARD D. KAHN,
in their capacities as the executors of the
ESTATE OF JEFFREY EDWARD EPSTEIN and
GHISLAINE MAXWELL,

        Defendants.

---

**DECLARATION OF SABINA MARIELLA**

    SABINA MARIELLA, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

    1.    I am an associate at the law firm Boies Schiller Flexner LLP and am duly licensed to practice law in the State of New York and before this Court. I represent Plaintiff Annie Farmer in this matter.

    2.    I respectfully submit this Declaration pursuant to the Court's February 12, 2020, Order Granting Plaintiff's Motion to Approve Alternate Service on Defendant Ghislaine Maxwell (the "Order") (ECF No. 27).

    3.    Attached hereto as Exhibit A is a true and correct copy of an email that I sent to gmax@ellmax.com on February 12, 2020. Pursuant to the Order, the email included an image of the Order and attached a copy of the docket. The email also attached a copy of the Complaint in this matter (ECF No. 1) and the summons as to Ghislaine Maxwell (ECF No. 6).



      4.      Attached hereto as Exhibit B is a true and correct copy of an email that I sent Ghislaine Maxwell's attorneys, Jeffrey S. Pagliuca, Laura A. Menninger, and Ty Gee of Haddon, Morgan and Foreman, P.C., on February 12, 2020.  Pursuant to the Order, the email included an image of the Order and attached a copy of the docket.  The email also attached a copy of the Complaint in this matter (ECF No. 1) and the summons as to Ghislaine Maxwell (ECF No. 6).

Dated:      February 14, 2020
                New York, New York

                                                                     Sabina Mariella