```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------X     ELECTRONICALLY FILED
                                    :     DOC #:_____
ANNIE FARMER,                       :     DATE FILED: 03/05/2020
                                    :
                    Plaintiff,      :
                                    :     19 Civ. 10475 (LGS)
         -against-                  :
                                    :            ORDER
DARREN K. INDYKE, et al.,           :
                                    :
                    Defendants.     :
------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on March 5, 2020. As discussed at conference, it is hereby

**ORDERED** that, by **March 19, 2020**, Plaintiff shall file a letter informing the Court of Plaintiff's position regarding the availability of punitive damages in this action.

Dated: March 5, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**