UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANNIE FARMER,
                              Plaintiff,                19 Civ. 10475 (LGS)

           -against-                            ORDER

DARREN K. INDYKE, et al.,
                            Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 19, 2020, Plaintiff filed a letter pursuant to this Court's order further addressing the availability of punitive damages against Defendants Indyke and Kahn, in their capacity as executors of the Estate of Jeffrey Epstein (Dkt. No 41);

      WHEREAS, on March 26, 2020, Defendants Indyke and Kahn filed a letter response (Dkt. No. 44);

      WHEREAS, on March 27, 2020, Defendant Maxwell filed a letter motion for conference regarding her proposed motion to dismiss (Dkt. No 46);

      WHEREAS, on April 3, 2020, Plaintiff filed a letter responding to Defendant Maxwell's letter motion for conference (Dkt. No 48); it is hereby

      **ORDERED** that a telephonic conference will be held on **April 16, 2020, at 10:40 a.m.** The Court will call the parties once the conference is ready to begin. The parties shall file a joint letter by **April 14, 2020**, providing the Court with one telephone call-in number for a conference call and, to the extent necessary, a passcode. The parties shall ensure they are all dialed into the conference call by the appointed conference time.

      The Clerk of Court is respectfully requested to close the motion at Dkt. No. 46.

Dated: April 6, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE