# In the United States District Court
# for the Southern District of New York

Case No. 19-cv-10475-LGS-DCF

ANNIE FARMER

    Plaintiff,

v.

DARREN K. INDYKE and RICHARD D. KAHN,
in their capacities as the executors of the
ESTATE OF JEFFREY EDWARD EPSTEIN and
GHISLAINE MAXWELL

    Defendants.

## NOTICE

    Pursuant to the Court's April 6, 2020 Order, DE #49, the parties hereby provide notice of the following dial-in number for the telephone conference on April 16, 2020 at 10:40 a.m. EST:

        **US TOLL FREE**: 1-800-240-1720
        **PASSCODE**:  51629058 #

Dated: April 14, 2020.

        Respectfully submitted,

        */s/ Laura A. Menninger*
        Laura A. Menninger (LM-1374)
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East 10th Avenue
        Denver, CO 80203
        Phone:  303.831.7364
        Fax:     303.832.2628
        lmenninger@hmflaw.com

        *Attorney for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

 I hereby certify that on April 14, 2020, I electronically served the foregoing with the clerk of the court using the CM/ECF system which will send notification to all counsel of record including the following:

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
**SMcCawley@bsfllp.com**

Joshua I. Schiller
Andrew Villavastin
Sabina Mariella
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
jischiller@bsfllp.com
avillavastin@bsfllp.com
smariella@bsfllp.com

Bennet J. Moskowitz
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
bennet.moskowitz@troutman.com

Molly S. DiRago
TROUTMAN SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
Molly.dirago@troutman.com

*s/ Nicole Simmons*