UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ANNIE FARMER,

                              Plaintiff,        19 Civ. 10475 (LGS)

            -against-                    <u>ORDER</u>

    DARREN K. INDYKE, et al.,

                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was held on April 16, 2020.  As discussed at conference, it is hereby

       **ORDERED** that, by **April 23, 2020**, Defendant Maxwell shall file a letter to inform the Court whether she intends to move to dismiss the Complaint, or whether she intends to file an answer.  The letter shall include a proposed filing date for the answer, or a joint proposed briefing schedule for the motion.

Dated: April 16, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE