Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

April 30, 2020

**VIA ELECTRONIC COURT FILING**

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**     *Annie Farmer*, 1:19-cv-10475-LGS-DCF

Dear Judge Schofield:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-referenced action.  We write to further supplement our submission dated March 26, 2020 (ECF Doc. 44) with the enclosed copy of the Opinion & Order entered today by The Hon. Paul A. Engelmayer in another personal injury action against the Co-Executors (*Jane Doe 15 v. Darren K. Indyke and Richard D. Kahn, as executors of the Estate of Jeffrey E. Epstein*, 19-civ-10653 (PAE) (DCF)).  In His Honor's Opinion & Order, Judge Engelmayer grants the Co-Executors' motion to dismiss the plaintiff's punitive damages claim against them as a matter of law on grounds applicable to Plaintiff's claim for punitive damages in this action.

Respectfully submitted,


*s/Bennet J. Moskowitz*
Bennet J. Moskowitz


cc: Counsel of Record (via ECF)