The parties are advised that the Court does not expect to deal with this issue imminently.  The parties shall direct any motions to bifurcate discovery to Judge Freeman.

So Ordered.

Dated:  May 1, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

April 30, 2020

**VIA ELECTRONIC COURT FILING**

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Annie Farmer*, 1:19-cv-10475-LGS-DCF

Dear Judge Schofield:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-referenced action.  We write to further supplement our submission dated March 26, 2020 (ECF Doc. 44) with the enclosed copy of the Opinion & Order entered today by The Hon. Paul A. Engelmayer in another personal injury action against the Co-Executors (*Jane Doe 15 v. Darren K. Indyke and Richard D. Kahn, as executors of the Estate of Jeffrey E. Epstein*, 19-civ-10653 (PAE) (DCF)).  In His Honor's Opinion & Order, Judge Engelmayer grants the Co-Executors' motion to dismiss the plaintiff's punitive damages claim against them as a matter of law on grounds applicable to Plaintiff's claim for punitive damages in this action.

Respectfully submitted,

*s/Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)