UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

ANNIE FARMER,

    Plaintiff,

v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN, and GHISLAINE MAXWELL,

    Defendants.

---------------------------------------------------X

19-cv-10475-LGS-DCF

## DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION TO DISMISS THE COMPLAINT OR TO TRANSFER

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated May 14, 2020, Defendant Ghislaine Maxwell will move this Court for an Order dismissing this case under Federal Rule of Civil Procedure 12 or in the alternative for an Order transferring the case against her to the District of New Mexico under 28 U.S.C. §§ 1406(a), 1404(a).

Dated: May 14, 2020.

Respectfully submitted,

*/s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:     303.832.2628
lmenninger@hmflaw.com

*Attorney for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

     I certify that on May 14, 2020, I filed Defendant Ghislaine Maxwell's Notice of Motion to Dismiss the Complaint or to Transfer with the Clerk of Court through CM/ECF, which will send notice of the filing to all parties of record.

*/s/ Nicole Simmons*