UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNIE FARMER,
                            Plaintiff,     :     19 Civ. 10475 (LGS)

          -against-                  :     ORDER

DARREN K. INDYKE, et al.,
                           Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 22, 2020, Judge Freeman issued an order staying the case for sixty (60) days (Dkt. No. 85). It is hereby

      **ORDERED**, for clarity, that the briefing of Defendant Maxwell's motion to dismiss is also **STAYED**, pursuant to Judge Freeman's order.

Dated: June 22, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE