

October 1, 2020

**VIA ECF**

The Honorable Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Annie Farmer v. Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jeffrey Edward Epstein, and Ghislaine Maxwell*, 19-CV-10475-LGS-DCF

Dear Judge Freeman:

      Pursuant to the Court's September 4, 2020, order (ECF No. 93) Plaintiff and Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, jointly submit this status report. Plaintiff submitted her claim to the Epstein Victims' Compensation Program on June 26, 2020, and has since been actively participating in the Program. Plaintiff expects that her participation in the Program will conclude in the coming weeks.

      Ms. Maxwell has not been provided any information about the progress of Plaintiff's participation in the claims program and therefore takes no position regarding the status at this time.

      Respectfully submitted,

*/s/ Sigrid. S. McCawley*

Sigrid S. McCawley, Esq.
Boies Schiller Flexner LLP

*/s/ Bennet J. Moskowitz*

Bennet J. Moskowitz, Esq.
Troutman Pepper LLP

*/s/ Laura Menninger*

Laura Menninger, Esq.
Haddon, Morgan and Foreman P.C.

cc:  Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com