UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
  ANNIE FARMER,                                     :
                              Plaintiff,            :        19 Civ. 10475 (LGS)
                                                    :
              -against-                             :        ORDER
                                                    :
  DARREN K. INDYKE, et al.,                         :
                              Defendants.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 14, 2021, a pre-motion conference was held to discuss Plaintiff's

anticipated motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41 (*see* Dkt.

Nos. 97, 99, 103, 106, 108 and 109).  For the reasons stated during the conference, it is hereby

    **ORDERED**, that by **January 21, 2021**, Plaintiff shall file any motion to dismiss pursuant

to Rule 41(a)(2), and Defendant Ghislaine Maxwell shall file any opposition to Plaintiff's motion.

Both the motion and opposition shall be in letter form and shall not exceed 6 pages.  Not included

in the page limit are any attachments.


Dated: January 14, 2021
       New York, New York


_____
            LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE