

February 1, 2021

**VIA ECF**

The Honorable Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Annie Farmer v. Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jeffrey Edward Epstein, and Ghislaine Maxwell*, 19-CV-10475-LGS-DCF

Dear Judge Freeman:

  Pursuant to the Court's September 4, 2020, order (ECF No. 93) Plaintiff and Defendants Darren K. Indyke and Richard D. Kahn, in their capacities as Co-Executors of the Estate of Jeffrey E. Epstein, and Ghislaine Maxwell jointly submit this status report. Plaintiff submitted her claim to the Epstein Victims' Compensation Program on June 26, 2020, and accepted an offer of compensation on October 5, 2020. Plaintiff and the Estate stipulated to a dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) with each party to bear its own fees and costs. Defendant Maxwell did not agree to a voluntary dismissal without additional conditions. Accordingly, Plaintiff and Maxwell submitted briefing on Plaintiff's motion to dismiss this case with prejudice pursuant to Rule 41(a)(2), which is currently pending before Judge Schofield. ECF Nos. 111, 114–116.

                Respectfully submitted,

                */s/ Sigrid S. McCawley*

                Sigrid S. McCawley, Esq.
                Boies Schiller Flexner LLP

                */s/ Bennet J. Moskowitz*

                Bennet J. Moskowitz, Esq.
                Troutman Pepper Hamilton Sanders LLP

                */s/ Laura Menninger*

                Laura Menninger, Esq.
                Haddon, Morgan and Foreman P.C.

cc: Counsel of Record (via ECF)