UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANNIE FARMER,

       Plaintiff,                              CASE NO: 19-cv-10475-LGS-DCF

v.

DARREN K. INDYKE and RICHARD D. KAHN,
in their capacities as the executors of the
ESTATE OF JEFFREY EDWARD EPSTEIN, and
GHISLAINE MAXWELL,

       Defendants.

_____

### [PROPOSED] ORDER

LORNA G. SCHOFIELD, District Judge:

     WHEREAS Plaintiff submitted a claim for compensation to the Epstein Victims' Compensation Program ("EVCP") asserting that she was sexually abused by Jeffrey E. Epstein; and

     WHEREAS, after reviewing Plaintiff's submissions and after careful consideration of documentation and proof, and after due deliberation, the EVCP Program Administrator (the "Administrator") determined pursuant to the EVCP Protocol that Plaintiff was eligible to participate in the EVCP;

     WHEREAS Plaintiff has reached a confidential agreement, through which she will receive compensation from the EVCP in exchange for a release (the "General Release"); and

     WHEREAS the General Release contains the terms of the release.

It is hereby **ORDERED** that the above-captioned action is dismissed with prejudice, ~~with each party to bear its own attorneys' fees and costs~~. Nothing herein shall be construed to preclude Ms. Maxwell from seeking fees or costs related to this matter from the Estate of Jeffrey E. Epstein, Darren K. Indyke, in his capacity as Executor of the Estate of Jeffrey E. Epstein, Richard D. Kahn, in his capacity as Executor of the Estate of Jeffrey E. Epstein, or NES, LLC, a New York Limited Liability Company, or release any such claims as between the Defendants. Nor does anything herein prejudice the Estate Of Jeffrey E. Epstein, Darren K. Indyke, in his capacity as Executor of the Estate Of Jeffrey E. Epstein, Richard D. Kahn, in his capacity as Executor of the Estate Of Jeffrey E. Epstein, or NES, LLC's rights and legal positions with respect to Ms. Maxwell's seeking of fees or costs related to this matter, all of which rights and legal positions are hereby expressly preserved.

It is further **ORDERED** that Plaintiff shall provide Ms. Maxwell with a copy of the General Release, with the compensation amount redacted, within two days. The parties shall not dispute the authenticity of this copy of the General Release in any future proceedings.

So Ordered.

Dated: February 16, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE