

Sigrid S. McCawley<br>
Telephone: (954) 377-4223<br>
Email: smccawley@bsfllp.com

March 23, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Annie Farmer v. Darren K. Indyke, Richard D. Kahn, & Ghislaine Maxwell*
             19-10475-LGS-DCF

Dear Judge Schofield:

      Plaintiff Annie Farmer writes in response to the Defendant's Notice of Taxation of Costs. ECF No. 122. Although Plaintiff does not agree that the Defendant is the prevailing party, she does not object to paying the $102.19 of costs in order to avoid further burdening the Court. Motion practice on this issue would far exceed the above cost and would be a waste of the Court's resources.

                                            Respectfully submitted,

                                            /s/ Sigrid S. McCawley

                                            Sigrid S. McCawley

cc:  Counsel of Record (via ECF)