UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ANNIE FARMER,
                              Plaintiff,    :    19 Civ. 10475 (LGS)

              -against-          :    ORDER

    DARREN K. INDYKE, et al.,
                          Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 9, 2021, Defendant Ghislaine Maxwell filed a notice of taxation of costs (Dkt. No. 122) and proposed Form AO 133 Bill of Costs seeking taxation of costs totaling $102.19 (Dkt. No. 122-2).

    WHEREAS, on March 23, 2021, Plaintiff filed a letter stating that "she does not object to paying the $102.19 of costs." Dkt. No. 123. It is hereby

    **ORDERED**, that Plaintiff shall pay Ms. Maxwell $102.19 in costs.

    The Clerk of Court is respectfully directed to tax costs in the amount of $102.19 and execute the proposed Bill of Costs at Docket No. 122-2.

Dated: April 9, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE